# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Victor Manuel Cuevas-Ortiz** | No.  CR-19-00185-001-TUC-JGZ (LAB)<br><br>**JUDGMENT AND COMMITMENT REVOCATION OF PROBATION**<br><br>D. Jesse Smith (CJA)<br>Attorney for Defendant |

USM#: 07948-508                    ICE# A215544032

On 1/22/2020 the defendant, present with counsel, appeared for sentencing for violating, Title 18, U.S.C. §751(a), Escape, Class A Misdemeanor offense, as charged in Count 2 of the Third Superseding Indictment.

The defendant was placed on a term of THIRTY-SIX (36) MONTHS probation.

On 2/24/2021 the United States Probation Office filed a petition to revoke the term of probation.

On 4/16/2021 the defendant appeared with counsel and admitted allegation C as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of probation imposed on 1/22/2020 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **TWELVE (12) MONTHS**, with no term of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

//

//

//

Case 4:19-cr-00185-JGZ-LAB   Document 120   Filed 05/25/21   Page 2 of 2

CR-19-00185-001-TUC-JGZ (LAB)　　　　　　　　　　　　　　　　　　　　Page 2 of 2
USA vs. Victor Manuel Cuevas-Ortiz

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Friday, May 21, 2021**

　　　Dated this 24th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Jennifer G. Zipps
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge